UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: ) Case No. 3:07-bk-03999-JAF
)
Architectural Foam Industries )
Claim for $2,054.93 )
)
)
Debtor(s) )
Dean Harper Plastering

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: **I am the sole successor in interest of Architectural Foam Industries**

Name of Claimant: Gregory E. Matovina

Mailing Address: 2955 Hartley Rd., Suite 108

City: Jacksonville  State: FL  Zip Code: 32257

Telephone Number: Home: 904-460-2136  Work: 904-292-0778

Last Four Digits of SS# or Tax ID Number: 3160

Amount of Claim: $2,054.93

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____    8/22/11
CLAIMANT'S SIGNATURE                DATE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Dean Harper Plastering, Inc.                          Case: 3:07-bk-03999-JAF

_____Debtor(s)_____

LIMITED POWER OF ATTORNEY

Gregory E. Matovina, successor in interest to Architectural Foam Industries ("Client"), appoints Gregory E. Matovina ("Matovina"), as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $2,054.93 (the "Funds"), including the right to collect on Client's behalf any such funds that are held by a governmental agency or authority.

Client grants to Matovina the authority to do all things legally permissible and reasonably necessary to recover or obtain the Funds held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority.

Matovina may not make any expenditure or incur any costs or fees on behalf of Client without Client's prior written consent.

This Power of Attorney shall become effective on the below signed date and shall expire upon collection of the aforementioned Funds. I authorize the use of a photocopy of the Limited Power of Attorney in lieu of the original.

_____[signature]_____                          _____8/22/11_____
Gregory E. Matovina                                  Date

Tax ID: XXX-XX-3160

ACKNOWLEDGMENT

STATE OF FLORIDA                                     COUNTY OF DUVAL

On this 22nd day of August, 2011, before me, the undersigned Notary Public in and for the said County and State, personally appeared Gregory E. Matovina known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____Sharon A. Hudson_____

My Commission expires __12/11/11__

SHARON A HUDSON
My Commission # DD738401
Expires: Dec 11, 2011

JACKSONVILLE, FLORIDA

I, GREGORY E. MATOVINA, of the City of Jacksonville, County of Duval, State of Florida, MAKE OATH AND SAY, as follows:

1. I am acting as a personal representative. I have knowledge and accept the state law requirements in acting in this capacity.

2. I make this Affidavit for no improper propose.

SWORN BEFORE ME at the City of
Jacksonville, County of Duval, State of
Florida on August 22, 2011.

_____          _____
Notary Public                                            Gregory E. Matovina

SHARON A HUDSON
My Commission # DD738401
Expires: Dec 11, 2011

Notarial Certificate of True Copy

State of Florida

County of Duval

I, SHARON A. HUDSON, a Notary Public, in and for the State of Florida, duly appointed, residing in the City of Jacksonville, in said State,

Do Hereby Certify and attest that hereto attached is a true copy of a document shown to me and purporting to be the original "Driver's License of Gregory E. Matovina", which expires on February 27, 2013. The attached document is a true copy of the original.

In Testimony Whereof, I have hereto subscribed my name and affixed my Notarial Seal in and for the said County and State, this 22nd day of August, 2011.

Sharon A. Hudson
A Notary Public



SHARON A HUDSON
My Commission # DD738401
Expires: Dec 11, 2011



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:07-bk-03999-JAF

Dean Harper Plastering

_____Debtor(s)_____/

ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Architectural Foam Industries, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of the Court shall pay the unclaimed funds in the amount of $2,054.93 to Gregory E. Matovina, sole successor in interest of Architectural Foam Industries, 2955 Hartley Road, Suite 108, Jacksonville, FL 32257.

DATED:

Judge _____
United States Bankruptcy Judge

Copy furnished to Financial Administrator
United States Attorney